Betty Gomez, Appellee, v. Isadore Rosenblatt, Trading as Silver Rail, Appellant.

Gen. No. 42,850.

Heard in the second

division, first district, this court at the October term, 1943; opinion filed February 10, 1944. Wolfberg & Kroll, for appellant; Coghlan & Coghlan, for appellee; John P. Coghlan and Thomas F. Allman, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.